EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHARLES J. ANTONEN
Deputy Attorney General
State Bar No. 221207
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-5443
   Fax:  (415) 703-5843
   E-mail:  Charles.Antonen@doj.ca.gov
*Attorneys for Defendants*
*Bell, Bliesner, and Jacquez*

*E-FILED - 12/23/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH A. ROBINSON,<br><br>                              Plaintiff,<br><br>v.<br><br>WARDEN FRANCISCO JACQUEZ, et al.,<br><br>                             Defendants. | Case No. C 08-5290 RMW<br><br>**STIPULATION AND [XXXXXXXX ORDER OF DISMISSAL**<br><br>Judge     The Honorable Ronald M. Whyte<br>Action Filed:  November 21, 2008 |

    On December 7, 2009, the Court dismissed Defendants Bell and Bliesner from this action, which left Defendant Jacquez as the sole remaining defendant in this matter.  The parties now voluntarily stipulate to dismiss without prejudice Defendant Jacquez from the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear his

////

////

////

////

1

own attorneys' fees and costs. The parties further request that the Court close its file in this action.

Dated: 12-14-09

_____
KEITH A. ROBINSON
*Plaintiff, In Pro Per*

Dated: December 11, 2009

EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General

_____
CHARLES J. ANTONEN
Deputy Attorney General
*Attorneys for Defendants*
*Bell, Bliesner, and Jacquez*

IT IS SO ORDERED.

Dated: 12/23/09

_____
The Honorable Ronald M. Whyte

SF2009201726
20239989.doc

2

Stip. & Order Of Dismissal (Case No. C 08-5290 RMW)