*E-FILED - 1/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN FRANCISCO JACQUEZ, et al.,<br><br>　　　　Defendants. | No. C 08-5290 RMW (PR)<br><br>JUDGMENT |

　　　The parties have voluntarily stipulated to dismiss the instant pro se civil rights complaint without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

　　　IT IS SO ORDERED.

DATED: 1/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Robinson290jud.wpd